# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

PATRICK O'BRIAN ARTIS,

        Petitioner,

   v.

WARDEN, FCI JESUP,

        Respondent.

2:25-cv-137

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to grant Respondent's Motion to Dismiss and to dismiss Petitioner Patrick Artis's ("Artis") 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. Dkt. No. 10. Artis did not file Objections to this Report and Recommendation, and the time to do so has elapsed. In fact, this Court's mailing was returned as undeliverable, with the notation: "Return to Sender, Refused, Unable to Forward." Dkt. No. 11 at 1.

Thus, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation

is clear error."). I **GRANT** Respondent's Motion to Dismiss, **DISMISS** Artis's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, dkt. nos. 1, 7, **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENY** Artis *in forma pauperis* status on appeal.

**SO ORDERED**, this ___6___ day of August, 2026.


_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA